## UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS
### (KANSAS CITY, KANSAS)

| | |
|---|---|
| FRONTIER LEASING, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE ESTATE OF CAMERON LOFTS, )<br>)<br>and )<br>)<br>GARY and SUSAN LOFTS, )<br>)<br>Defendants. ) | Case No: 04-CV-2582-KHV/JPO |

### ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW before this Court Plaintiff Frontier Leasing, Inc.'s Voluntary Dismissal With Prejudice. The Court being duly advised in the premises, and for good cause shown,

IT IS HEREBY ADJUDGED, DECREED AND ORDERED that all allegations and counts asserted by Plaintiff against Defendants in the above-captioned case shall be dismissed with prejudice, each party to bear their own costs.

IT IS SO ORDERED

Dated: June 13, 2005.

                                              s/ Kathryn H. Vratil
                                              Kathryn H. Vratil
                                              U.S. DISTRICT JUDGE